U.S. Attorney's office, Beckley    11-06



FILED
DEC 14 2006
TERESA L. DEPPNER, CLERK
U.S. District Court
Southern District of West Virginia

Ms. Staples,

My name is James D. Blakey I'm 32 years of age, I'm Serving a Sentence at the Federal Correctional Institution - Beckley, "Please Hear me out,,"

Back on the 24th oct-06 I got an operation that left me "Crippled & Disfigured" This medical Dept. at this Prison won't get another Doctor to fix my Shoulder that this last Doctor Crippled, They have Put me in the hole, I've been here Since 31st oct when they found out what was going on with my Surgery,

on the 31st of oct I went to medical because I had a Big bump on the top of my Shoulder & it hurt, They Refused to See me & we had a few words & next thing you know I'm locked up in the hole with a Shot, - a write up, They told me this Doctor has got to fix this & if you Seen Just how Bad I really look, You would not Blame me one bit because this is malPractice & I've been Suffering every Since, I'm a Political Prisoner They have not helped me in any way, I've asked the warden to Please Help me, They have lied to me & my unit team members won't help me I've been blackballed & I'm Scared for my life & Thinking about checking into Protective custody,

Next Page

Page #2

There's alot going on here I really need help from your office Please! my constitutional Right are being taken from me & The freedom of Information act also, I've tryed to get Pictures of my shoulder & my medical Records & They won't give them to me & my mother has been trying to get me a Attorney over the way medical has been treating me, since all of this, last monday the 4th They came to get me for Surgery after I had allready ate Breakfast, & You know your not sopposed to eat before any operation, & it was the Same Doctor who Caused all the Problem in the first Place,

A week before that the Doctor came & Saw me & I was going to let him work on me because no other Doctor in Westvirginia Won't Work on me because of what this Doctor has allready done, So now this is life threatening matter right now, & I've got a copy of my Refusal form with the Possible Consequences, #1 Worsening Condition #2 DEATH, #3 Infection #4 Loss of mobility or function of Right Shoulder & arm,, Thats what this Pice of Paper Says I did not Sign it & They beged & Tryed to get me to sign or go get the operation,

There's conspiracy, Criminal conspiracy to cover up the facts here, I've filed every Administrative Remedy I can, This is very Wrong whats going
Next Page

On at this Institution, This is "Cruel & Unusual" I'm Suffering every day in Pain, Steel comming out of the top of my Shoulder & its full of Screws Digging into my nerves' I've got nerve Damage in my arm, I told them that I'm not letting this Doctor who did this to me work on me agin & That before any other Doctor Does anything I want my medical Records' & Pictures' & I'm not Signing anything Without a Lawyer, So until I get one they are not doing nothing to me,

The Doctor who Did the operation told me at the time of the Surgercy he did not have the right Pice of Steel & Just went with one he thought would work. All that tells me is he dont care about my life & He knew the BoP, Would Pay him anyway,

Please, o you got to help me I'm Scared for my life. They have Jacked my Points up Just so they can transfer me, I'm really wanting you to Come & See me for your self & Talk with me There needs to be a Criminal Investigation into this Prison, The Warden is ~~~~ Part of this ~~~~ To, Please, o find away to help me,

Thank you for your time
James D Bleley #30824-044
Beckley

Name: James D. Blakey
Reg #: 30824-044
Federal Correctional Institution-Beckley
P.O. Box 350
Beaver, WV 25813

Legal Mail

CHARLESTON WV 253
12 DEC 2006 PM 3 T

Ms Cassandra Staples
Deputy in Charge
P.O. Drawer 5009
Beckley, WV 25801